**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **FRANCISCO SILVA LOPEZ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CIV-26-2416-R** |
| | ) | |
| **MARKWAYNE MULLIN, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

This matter comes before the Court for review of a Report and Recommendation [Doc. No. 9] issued by United States Magistrate Judge Shon T. Erwin. Judge Erwin recommends that the Petition for Writ of Habeas Corpus be dismissed without prejudice. The case file shows no timely objection to the Report nor request for an extension of time, even though the parties were informed of the right to object, the procedure for doing so, and the consequences of failing to object. The parties have therefore waived the right to appellate review of the factual and legal issues addressed in the Report. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2020).

The Court therefore adopts the Report and Recommendation in its entirety and, for the reasons stated therein, the Petition for Writ of Habeas Corpus is dismissed without prejudice.

IT IS SO ORDERED this 9th day of November, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE